No. 66. ATLANTIC GREYHOUND LINES, INC., *v.* METZ. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Henry I. Quinn* and *Austin F. Canfield* for petitioner. *Mr. James J. Lenihan* for respondent.

No. 67. WICHITA STATE BANK & TRUST CO. *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Harry C. Weeks* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Mr. James W. Morris* for respondent.

No. 71. CUYUNA MINING & INVESTMENT CO. *v.* ICKES, SECRETARY OF THE INTERIOR. October 8, 1934. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Manton M. Wyvell* and *Clyde L. Rogers* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Blair* for respondent.

No. 73. DAKIN, RECEIVER, *v.* FEDERAL RESERVE BANK OF BOSTON ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Kenneth I. McKay* and *Maynard Ramsey* for petitioner. *Mr. Harvey L. McGlothlin* for respondents.

No. 74. SPENCER KELLOGG & SONS, INC. *v.* BUCKEYE STEAMSHIP CO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth

Circuit denied. *Messrs. Sherwin A. Hill* and *Carl V. Essery* for petitioner. *Messrs. Frederick L. Leckie* and *Thomas H. Garry* for respondent.

No. 75. SNYPP *v.* OHIO. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. A. S. Iddings* for petitioner. *Mr. Harry N. Routzohn* for respondent.

No. 76. DUNKLEE *v.* CUNARD STEAMSHIP Co., LTD. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Harry D. Thirkield* for petitioner. *Mr. George de Forest Lord* for respondent.

No. 79. NUSBAUM, TRUSTEE IN BANKRUPTCY, *v.* NEW LIBERTY LOAN & SAVINGS ASSN. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Mr. Charles C. Scott* for petitioner. No appearance for respondent.

No. 80. CENTRAL IRON & STEEL Co. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari to the Court of Claims denied. *Mr. Ralph J. Baker* for petitioner. *Solicitor General Biggs* and *Assistant Attorney General Wideman* for the United States.

No. 169. CLEVELAND AUTOMOBILE Co. *v.* UNITED STATES. October 8, 1934. Petition for writ of certiorari